**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Case No. 09-cr-00355-CMA

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.     FELIX BONERGE TURCIOS, and
2.     CLERIS GRACIELA UMANA,

      Defendants.

---

**ORDER RESETTING TRIAL DATES AND DEADLINES**

---

Pursuant to a telephone conference between counsel and Chambers staff, the trial dates and deadlines in this matter are RESET as follows:

IT IS ORDERED that all pretrial motions shall be filed by **November 13, 2009** and responses to these motions shall be filed by **November 27, 2009**.  It is

FURTHER ORDERED that a one-hour hearing on all pending non-evidentiary motions, if any, and Final Trial Preparation Conference is set for **December 11, 2009 at 1:30 p.m.**, in Courtroom A602 of the Arraj Courthouse.  If counsel believe a separate evidentiary motions hearing is necessary, a hearing date should be requested no later than November 30, 2009.  It is

FURTHER ORDERED that a four-day jury trial is set for **January 11, 2009 at 9:00 a.m.**, in Courtroom A602.

DATED:  September __30__, 2009     BY THE COURT:

                                                            _Christine M. Arguello_

                                       _____
                                       CHRISTINE M. ARGUELLO
                                       United States District Judge