### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO
### Judge Christine M. Arguello

Criminal Case No. 09-cr-00355-CMA-02

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.     FELIX BONERGE TURCIOS
2.     **CLERIS GRACIELA UMANA**,

    Defendant.

---

### ORDER SETTING CHANGE OF PLEA HEARING

---

In response to the Notice of Disposition (Doc. # 33) filed in the above matter on behalf of Defendant Cleris Graciela Umana, a Change of Plea hearing is set for **December 11, 2009 at 1:00 p.m.** in Courtroom A602 of the Arraj Courthouse. Counsel for the parties shall deliver courtesy copies of the "Statement by Defendant In Advance of Change of Plea" and the "Plea Agreement" separately to Judge Arguello's chambers and to the Probation Department no later than **December 4, 2009**. If these documents are not timely submitted, the hearing will be vacated. There will be no exceptions to this policy. Defense counsel is responsible for coordinating with the interpreter to ensure that both the plea agreement and statement of facts relevant to sentencing and the statement by defendant in advance of plea of guilty are translated, in writing, furnished to Defendant and signed by defendant in advance of the change of plea hearing. The

original and one copy of these documents should be delivered to the courtroom deputy in the courtroom at the time of the hearing (*see* D.C.COLO.LCrR 11.1F).

IT IS FURTHER ORDERED that the Final Trial Preparation Conference, set for December 11, 2009 at 1:30 p.m., and the four-day jury trial, set to commence January 11, 2009 at 9:00 a.m., remain on this Court's docket regarding Defendant Felix Bonerge Turcios.

DATED:  November  6 , 2009

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge