**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE CHRISTINE M. ARGUELLO**

Criminal Action No. 09-cr-00355-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CLERIS GRACIELA UMANA,

    Defendant.

---

**ORDER EXONERATING BOND**

---

    This criminal action has proceeded to sentencing and a final judgment and conviction, and the Defendant was sentenced to Probation. As a result, all the conditions of an appearance bond imposed by the court as a pretrial matter to secure Defendant's release, pursuant to 18 U.S.C. § 3142(c), have been satisfied. Accordingly, it is

    ORDERED that the bond in this case is hereby exonerated and the surety or sureties, if applicable, are released. It is further

    ORDERED that the bail funds or property deposited into the registry of the court shall hereby be released by the clerk of the court, or a designated deputy, to the surety of the Defendant.

    DATED at Denver, Colorado, this 4th day of January, 2011.

                                                           BY THE COURT:

                                                           _____
                                                           CHRISTINE M. ARGUELLO
                                                           United States District Judge